823 F.2d 547
 Fulton-El (Tom), Cunningham-Bey (Ossie), Willis-Bey
(Orlandis), Perry-El (Joseph), Sellars-El (Kelvin
W.), Myers-Bey (Jerry), Ford-El (Glenn)
v.
Woodard (James C.), McNamara (Rae H.), Beshears (E.D.),
Walker (R.A. L.), Nubee (Muhammad), Allsbrook (Harry),
Stephenson (Linwood V.), Smith (John), Creecy (Charles M.,
Jr.), Evans (Frank), Chaplain Anderson, Caledonia Inst.
 NO. 87-7001
 United States Court of Appeals,
Fourth Circuit.
 JUN 25, 1987
 
 1
 Appeal From: E.D.N.C.
 
 
 2
 AFFIRMED.